IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAMES MICHAEL ALLEN,

  Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,
and JOHN DOE INSURANCE
COMPANY,

  Defendants.

CIVIL ACTION NO.: CV205-231

## ORDER

  The captioned case is scheduled for jury selection and trial on October 30, 2006. Counsel for the parties are hereby directed to confer on or before October 25, 2006, and engage in **good faith** efforts to resolve objections to exhibits and deposition testimony. The Court shall be advised on or before 5:00 p.m. on October 25, 2006, as to any remaining objections, if any, to exhibits and deposition testimony. <u>Each party shall deliver copies of its deposition testimony and documentary evidence, to which objections remain, to the Court at that time</u>.

  Any objection not so identified shall be deemed abandoned.

  **SO ORDERED**, this 20th day of October, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)