IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAMES MICHAEL ALLEN,

    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,
and JOHN DOE INSURANCE
COMPANY,

    Defendants.

CIVIL ACTION NO.: CV205-231

## ORDER

Plaintiff filed objections to Allstate Insurance Company's Exhibits 5, 6, 8, 9, and 10. Plaintiff objects to each exhibit alleging that each exhibit is irrelevant and the prejudicial effect would exceed the probative value of such exhibit. Each exhibit will be admitted only if relevancy is established at trial and the trial judge determines that the probative value of each exhibit exceeds its prejudicial effect.

**SO ORDERED**, this 8th day of November, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)